USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 15, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                      :
:                    15 Cr. 491 (KBF)
- v. -                                        :
:                         ORDER
ROBERT DEBELLO,                               :
:
Defendant.           :
------------------------------------------------------------------ X

KATHERINE B. FORREST, United States District Judge:

The Court has recently received a number of motions and supporting

materials in this case.  This information has provided the Court with a far better

understanding of the alleged conduct of the various defendants and the

representations regarding the nature and strength of the evidence.

Based upon the Government's proffer of information in those papers, the

Court has determined that an immediate bail revocation hearing for Robert DeBello

is appropriate.  Accordingly, the parties shall appear for a bail revocation hearing

**today at 3pm in Courtroom 23B**.

SO ORDERED.

Dated:      New York, New York
December 15, 2017

_____
KATHERINE B. FORREST
United States District Judge